| | |
|---|---|
| 1 | RIVERA & ASSOCIATES |
| 2 | 1425 River Park Drive, Suite 250<br>Sacramento, California 95815 |
| 3 | Tel: 916-922-1200 Fax: 916 922-1303 |
| 4 | Jesse M. Rivera, SBN 84259<br>Jonathan B. Paul, SBN 215884 |
| 5 | Shanan L. Hewitt, SBN 200168<br>Jill B. Nathan, SBN 186136 |
| 6 | Glen A. Williams, SBN 257665 |
| 7 | Attorneys for Defendants,<br>MARK CHERRY, A. STANLEY KUBOCHI, |
| 8 | TREVOR DOE, HUBERT CHEN, JEFF HARRY,<br>STEPHANIE MAROUN, JASON STRATTON, AND |
| 9 | HORST ZETTERLING |

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN J. FUERY, | ) | CASE NO. 2:18-cv-00982-KJM-CKD |
| Plaintiff, | ) ) | **DEFENDANTS MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, AND HORST ZETTERLING'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (DOC. 1); DECLARATION OF JILL B. NATHAN IN SUPPORT THEREOF** |
| vs. | ) ) ) | |
| MARK CHERRY, et al., | ) ) | |
| Defendants. | ) ) ) ) | |

COMES NOW Defendants MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, AND HORST ZETTERLING ("Defendants") and hereby request a 30-day extension of time to file and serve a responsive pleading to Plaintiff's Complaint (Doc. 1), from the current deadline of May 17, 2018 to a due date of June 14, 2018. Pro se Plaintiff Mr. Fuery has agreed to this extension by email correspondence through counsel for the County of Sacramento Defendants. (Decl. Nathan, ¶ 4). This request is based on the following Declaration of Jill B. Nathan, counsel for the aforementioned

1 Defendants in this action.

3 Dated: May 15, 2018                    Respectfully submitted,

4                                        RIVERA & ASSOCIATES

5                                        /s/Jill B. Nathan

6                                        _____
                                         JILL B. NATHAN
                                         Attorney for Defendants
7                                        MARK CHERRY, A. STANLEY KUBOCHI,
                                         TREVOR DOE, HUBERT CHEN, JEFF HARRY,
8                                        STEPHANIE MAROUN, JASON STRATTON, AND
                                         HORST ZETTERLING

**DECLARATION OF JILL B. NATHAN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

I, JILL B. NATHAN, hereby declare as follows:

1. I am an attorney with the Law Offices of Rivera & Associates, a law practice contracted to represent the County of Sacramento Defendants Mark Cherry, A. Stanley Kubochi, Trevor Doe, Hubert Chen, Jeff Harry, Stephanie Maroun, Jason Stratton, and Horst Zetterling in this action.

2. I am licensed to practice in all of the courts of the State of California, in the United State District Courts for the Eastern and Northern Districts of California, and the Ninth Circuit Court of Appeals.

3. According to records, the County of Sacramento Board of Supervisors was served with the Complaint in this action on April 26, 2018. Defendants' response to Plaintiff's Complaint is due 21 days from service, or May 17, 2018. On behalf of Defendants, we respectfully require an additional 30 (thirty) days in which to review the Complaint and prepare a response.

4. At approximately 4:24 p.m. on May 10, 2018, my office contacted Plaintiff John Fuery by his email J@Fuerylaw.com to inquire if he would consent to an extension of time to June 14, 2018, for these Defendants to respond to his Complaint. Mr. Fuery responded by email on May 12, 2018, and advised our office that he consents to an extension of time, in exchange for the recognition of his health conditions which will likely necessitate his own extension of time in which to proceed in the future.

5. This request is not made for the purposes of harassment or delay, and I do not believe that the Plaintiff will be prejudiced in any way by the granting of this request.

6. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would competently testify to those facts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of May 2018, at Sacramento, California.

/s/ Jill B. Nathan
JILL B. NATHAN

*Fuery v. Cherry, et al.*
U.S. District Court, Eastern District
Case Number 2:18-cv-00982-KJM-CKD

**PROOF OF SERVICE**

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1425 River Park Drive, Suite 250, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**DEFENDANTS MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, AND HORST ZETTERLING'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (DOC. 1); DECLARATION OF JILL B. NATHAN IN SUPPORT THEREOF**

 X    on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

**VIA First Class U.S. Mail**

John J. Fuery
P.O. Box 175
Fields Landing, C 95537

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on May 15, 2018 at Sacramento, California.

                /s/ Melissa Green
                MELISSA GREEN