RIVERA & ASSOCIATES

1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendants
MARK CHERRY, A. STANLEY KUBOCHI,
TREVOR DOE, HUBERT CHEN, JEFF HARRY,
STEPHANIE MAROUN, JASON STRATTON, AND
HORST ZETTERLING

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FUERY,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK CHERRY, et al.,<br><br>    Defendants. | CASE NO: 2:18-CV-00982-KJM-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, AND HORST ZETTERLING'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, and HORST ZETTERLING's request for a 30-day extension of time to file and serve a responsive pleading to Plaintiff's Complaint (Doc. 1), from the current deadline of May 17, 2018 to a due date of June 14, 2018 is granted.

///

///

**IT IS SO ORDERED.**

DATED: _____                                 _____
                                                                   U.S. District Court Magistrate Judge

*Fuery v. Cherry, et al.*
U.S. District Court, Eastern District
Case Number 2:18-cv-00982-KJM-CKD

# PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1425 River Park Drive, Suite 250, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**[PROPOSED] ORDER GRANTING DEFENDANTS MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, AND HORST ZETTERLING'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

_X_ on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

**VIA First Class U.S. Mail**
John J. Fuery
P.O. Box 175
Fields Landing, CA 95537

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on May 15, 2018, 2016, at Sacramento, California.

/s/ Melissa Green
Melissa Green