RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendants
MARK CHERRY, A. STANLEY KUBOCHI,
TREVOR DOE, HUBERT CHEN, JEFF HARRY,
STEPHANIE MAROUN, JASON STRATTON, AND
HORST ZETTERLING

# IN THE UNITED STATESDISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FUERY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARK CHERRY, et al.,<br><br>　　　　　Defendants. | CASE NO: 2:18-CV-00982-KJM-CKD<br><br>**ORDER GRANTING DEFENDANTS MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, AND HORST ZETTERLING'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendants MARK CHERRY, A. STANLEY KUBOCHI, TREVOR DOE, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, and HORST ZETTERLING's request for a 30-day extension of time to file and serve a responsive pleading to Plaintiff's Complaint (Doc. 1), from the current deadline of May 17, 2018 to a due date of June 14, 2018 is granted.

///

///

**IT IS SO ORDERED.**

DATED: May 16, 2018.

_____
UNITED STATES DISTRICT JUDGE