RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendants
MARK CHERRY, A. STANLEY KUBOCHI, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, JASON STRATTON, and ALEXANDER ASTERLIN

John Joseph Fuery
Law Offices of John J. Fuery
P.O. Box 175
Fields Landing, CA 95537
Telephone: 415-233-2814
Attorney for Plaintiff

CAROLEE G. KILDUFF, S.B. #107232
DERICK E. KONZ, S.B. #286902
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263
Attorneys for Defendants JUDGE LAUREL WHITE, JUDGE MICHAEL SAVAGE, JUDGE JOHN WINN, COMMISSIONER PHILIP STANGER, and TREVOR SHADDIX

**IN THE UNITED STATESDISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN J. FUERY, | CASE NO: 2:18-CV-00982-KJM-CKD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| vs. | |
| MARK CHERRY, et al., | [E.D. Cal. L.R. 144(a)] |
| Defendants. | |

BY AND THROUGH THEIR RESPECTIVE COUNSELS OF RECORD, Plaintiff John Fuery and Defendants Mark Cherry, A. Stanley Kubochi, Hubert Chen, Jeff Harry, Stephanie Maroun, Jason Stratton, and Alexander Asterlin, Judge Laurel White, Judge Michael Savage, Judge John Winn, Commissioner Philip Stanger, and Trevor Shaddix hereby stipulate and agree to extend the deadline for Defendants Mark Cherry, A. Stanley Kubochi, Hubert Chen, Jeff Harry, Stephanie Maroun, Jason Stratton, and Alexander Asterlin to file a responsive pleading to Plaintiffs' complaint by fourteen (14) days, from the current deadline of June 15, 2018 to June 29, 2018.  This is the second extension of time for defendants Defendants Mark Cherry, A. Stanley Kubochi, Hubert Chen, Jeff Harry, Stephanie Maroun, and Jason Stratton who previously were granted a 30 day extension of time per Court order. (See Doc. 7).

The parties further stipulate that good cause exists for this two-week extension of time due to the unavailability of lead defense counsel, whom has suddenly taken ill and due to the fact that defense counsel herein was only recent contacted by Defendant Alexander Asterlin and has yet to meaningfully discuss the facts and circumstances of the allegations within the Complaint. Further, good cause exists as Plaintiff has indicated that he intends to file an amended complaint within the next 30 days.

Thus, the parties respectfully request the Court approve this brief extension to permit Defendants Mark Cherry, A. Stanley Kubochi, Hubert Chen, Jeff Harry, Stephanie Maroun, Jason Stratton, Horst Zetterling, Alexander Asterlin to properly respond to the Complaint in accordance with the pleading requirements of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED:

DATED: June 15, 2018                    Law Offices of John J. Fuery

                                               */s/John J. Fuery*
                                               John J. Fuery
                                               Attorney for Plaintiff

///

///

///

| | |
|---|---|
| DATED: June 15, 2018 | LAW OFFICES OF RIVERA & ASSOCIATES |
| | */s/ Jonathan B. Paul*_____ <br> Jonathan B. Paul <br> Attorney for Defendants <br> Mark Cherry, A. Stanley Kubochi, Hubert Chen, Jeff Harry, Stephanie Maroun, Jason Stratton, Horst Zetterling, Alexander Asterlin |
| DATED: June 15, 20108 | ANGELO, KILDAY & KILDUFF, LLP |
| | */s/ Derick E. Kilduff*_____ <br> Carolee G. Kilduff <br> Derick E. Konz <br> Attorneys for Defendants <br> Judge Laurel White, Judge Michael Savage, Judge John Winn, Commissioner Philip Stanger, and Trevor Shaddix |

## **PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                              _____
                                                              U.S. District Court Judge