CAROLEE G. KILDUFF, S.B. #107232
  Email: ckilduff@akk-law.com
DERICK E. KONZ, S.B. #286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants JUDGE LAUREL WHITE, JUDGE MICHAEL SAVAGE, JUDGE JOHN WINN, COMMISSIONER PHILIP STANGER, and TREVOR SHADDIX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FUERY,<br><br>          Plaintiff,<br><br>vs.<br><br>MARK CHERRY, et al.<br><br>          Defendant. | Case No.: 2:18-cv-00982-KJM-CKD<br><br>**JUDICIAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>**DATE:         June 29, 2018**<br>**TIME:          10:00 a.m.**<br>**CTRM:        3, 15th Floor**<br>**Honorable Kimberly J. Muller** |

On May 16, 2018, Defendants JUDGE LAUREL WHITE, JUDGE MICHAEL SAVAGE, JUDGE JOHN WINN, COMMISSIONER PHILIP STANGER, and TREVOR SHADDIX (collectively referred to as "Judicial Defendants") filed a motion to dismiss with a hearing date of June 29, 2018.  (ECF No. 6.)  Plaintiff JOHN FUERY was required to file an opposition or a statement of non-opposition by June 15, 2018.  Local Rule 230(c).

As of the date of this filing, June 22, 2018, JOHN FUERY has not filed an opposition or statement of non-opposition.  Local Rule 230(c) provides, "No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."  Judicial Defendants request that the Court vacate the June 29, 2018 hearing and

1  issue an Order granting Judicial Defendants' motion upon the record and briefs on file.

2  Dated:  June 22, 2018                    ANGELO, KILDAY & KILDUFF, LLP

                                                            */s/ Derick E. Konz*
                                            By:_____
                                                 CAROLEE G. KILDUFF
                                                 DERICK E. KONZ
                                                 Attorneys for Judicial Defendants