JOZEL BRUNETT, Chief Counsel, Bar No. 124188
CARISSA LYNCH, Tax Counsel IV, Lead, State Bar No. 214918
DONNY P. LE, Tax Counsel III, Bar No. 275019
CALIFORNIA FRANCHISE TAX BOARD
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720
Telephone: (916) 845-2459
Fax: (916) 845-0241

Attorneys for
CALIFORNIA FRANCHISE TAX BOARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FLUERY, <br><br> Plaintiff, <br><br> vs. <br><br> MARK CHERRY, et al. <br><br> Defendants. | Case No 2:18-cv-00982-KJM-CKD <br><br> NOTICE OF STATE TAX LIEN <br><br> [Exempt from filing fees – Government Code §6103] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to Government Code section 7173 and Revenue and Taxation Code section 19221, the State of California Franchise Tax Board ("FTB") hereby files notice of and claims a tax lien in the amount of one-hundred and thirty four thousand, three hundred and forty one dollars and thirty seven cents. ($134,341.37), plus current daily interest in the amount of fourteen dollars and sixty three cents ($14.63) after June 26, 2018, as provided for in Revenue and Taxation Code section 19101, upon any claims, rights or causes of action of John Fuery ("taxpayer"), in the above captioned case. Attached hereto as Exhibit "A" is FTB's Certificate of Tax Due and Delinquency against the taxpayer. The Certificate of Tax Due and Delinquency is "prima facie evidence of the levy

of the tax, penalties and interest of the delinquency" and of FTB's compliance with statutes relating to computation and levy of the tax. (Rev. & Tax. Code § 19374.)

Pursuant to Government Code section 7173:

1. This lien shall have priority from the time of filing of this Notice herein;

2. Upon the filing of this Notice, THERE SHALL BE NO COMPROMISE, DISMISSAL, SETTLEMENT, OR SATISFACTION entered into by or on behalf of the Taxpayer with any other party, lienor or intervenor in this case WITHOUT THE CONSENT OF FTB unless the lien is sooner released or otherwise discharged;

3. The Clerk of the Court shall endorse upon any judgment recovered in this case a statement of the existence of this lien and the time of the filing of this Notice in the case; and

4. Any abstract issued on the judgment shall include a statement of this lien, in favor of the Franchise Tax Board.

DATED: June 28, 2018

FRANCHISE TAX BOARD


\_\_\_/s/ Donny P. Le_____
DONNY P. LE, Tax Counsel III
Attorneys for
FRANCHISE TAX BOARD

# EXHIBIT A

State of California
Franchise Tax Board

## Certificate of Tax Due and Delinquency

Filed Pursuant to Part 10 or 11, Division 2, Revenue and Taxation Code

State of California        )
                           )
County of Sacramento       )

The Franchise Tax Board certifies that:

The taxpayer, is delinquent in payment of tax, penalties, interest and costs imposed upon the provisions of the California Revenue and Taxation Code.

The name of the taxpayer, the last known address, and the amount of the delinquent tax, penalties, interest and costs owed by the taxpayer are as follows:

JOHN FUERY
PO BOX 175
FIELDS LANDING CA 95537-0175

| Tax Year | Tax | Penalties | Interest | Fees | Payments | Total |
|---|---|---|---|---|---|---|
| 2009 | $40,394.00 | $20,197.00 | $18,599.31 | $265.00 | $816.81 | $78,638.50 |
| 2010 | $6,979.00 | $3,489.50 | $1,475.85 | $111.00 | $6,354.11 | $5,701.24 |
| 2011 | $6,853.00 | $3,426.50 | $2,246.87 | $105.00 | $0.00 | $12,631.37 |
| 2012 | $7,038.00 | $3,519.00 | $1,808.44 | $101.00 | $0.00 | $12,466.44 |
| 2013 | $7,220.00 | $3,610.00 | $1,556.24 | $98.00 | $0.00 | $12,484.24 |
| 2015 | $7,627.00 | $3,813.50 | $876.08 | $103.00 | $0.00 | $12,419.58 |
| **Total Liened** | **$76,111.00** | **$38,055.50** | **$26,562.79** | **$783.00** | **$7,170.92** | **$134,341.37*** |

Additional interest and penalties accrue until paid in full.

*Balances are as of the date of this certificate and are secured by a Notice of State Tax Lien. The current per diem on these liabilities is $14.63.

The following Notices of State Tax Lien have been recorded:

Cert No. 12070293864 recorded in Alameda County on March 22, 2012, for the tax year 2009, under Instrument No. 2012099058.

Cert No. 13009691418 recorded in Alameda County on January 15, 2013, for the tax year 2010, under Instrument No. 2013023261.

Cert No. 14097357298 recorded in Alameda County on April 15, 2014, for the tax year 2011, under Instrument No. 2014091288.

Cert No. 15252674717 recorded in Alameda County on September 22, 2015, for the tax year 2012, under Instrument No. 2015258533.

Cert No. 17045169161 recorded in Sacramento County on February 15, 2017, for the tax years 2009, 2010, 2011, 2012 and 2013, under Instrument No. 201702150619.

Cert No. 18080395333 recorded in Sacramento County on April 3, 2018, for the tax year 2015, under Instrument No. 201804030570.

The taxpayer is indebted to the State of California in the above amount. No part of the indebtedness has been paid. The whole thereof is due, owing and unpaid from the taxpayer to the State of California. The Franchise Tax Board has fully complied with all provisions of the Revenue and Taxation Code relating to the computation and levy of the tax, penalties, interest and costs.

IN WITNESS WHEREOF the Franchise Tax Board has caused this Certificate to be executed in its name and on its behalf and its seal to be affixed by the undersigned, thereunto duly authorized.

June 26, 2018

                                                FRANCHISE TAX BOARD
of the State of California

BY ............................................................
Bob Schmitt, Advisor
(916) 845-4302