CAROLEE G. KILDUFF, S.B. #107232
  Email: ckilduff@akk-law.com
DERICK E. KONZ, S.B. #286902
  Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants JUDGE LAUREL WHITE, JUDGE MICHAEL SAVAGE, JUDGE JOHN WINN, COMMISSIONER PHILIP STANGER, and TREVOR SHADDIX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FUERY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MARK CHERRY, et al.<br><br>　　　　　　Defendant. | Case No.: 2:18-cv-00982-KJM-CKD<br><br>**DEFENDANTS' STATUS REPORT**<br><br>**DATE:**　　8/24/18<br>**TIME:**　　10:00 a.m.<br>**CTRM:**　　3, 15th Floor<br>**Honorable Kimberly J. Muller** |

Pursuant to the Court's August 2, 2018 Minute Order, Defendants JUDGE LAUREL WHITE, JUDGE MICHAEL SAVAGE, JUDGE JOHN WINN, COMMISSIONER PHILIP STANGER, TREVOR SHADDIX, ALEXANDER ASTERLIN, MARK CHERRY, A. STANLEY KUBOCHI, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, and JASON STRATTON hereby submit the following status report.

On April 20, 2018, Plaintiff filed his operative complaint (ECF No. 1.)

On May 16, 2018, Defendants JUDGE LAUREL WHITE, JUDGE MICHAEL SAVAGE, JUDGE JOHN WINN, COMMISSIONER PHILIP STANGER, and TREVOR SHADDIX filed a Rule 12 motion to dismiss Plaintiff's complaint.  (ECF No. 6.)  Plaintiff did

not file an opposition. On June 22, 2018, the Court issued a Minute Order holding that the motion was submitted without oral argument and that the June 29, 2018 hearing date was vacated. (ECF No. 12.) No ruling has been issued.

On June 27, 2018, Defendants ALEXANDER ASTERLIN, MARK CHERRY, A. STANLEY KUBOCHI, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, and JASON STRATTON filed Rule 12 motions to dismiss Plaintiff's complaint. (ECF Nos. 13, 15.) Plaintiff did not file an opposition. On August 2, 2018, the Court issued a Minute Order setting the hearing date on these motions for August 24, 2018, contemporaneous with a Status Conference.

Defendants have received no contact from Plaintiff regarding the Rule 12 motions or the status conference.

Dated: August 17, 2018                ANGELO, KILDAY & KILDUFF, LLP

          */s/ Derick E. Konz*
By:_____
   CAROLEE G. KILDUFF
   DERICK E. KONZ
Attorneys for
JUDGE LAUREL WHITE, JUDGE MICHAEL SAVAGE, JUDGE JOHN WINN, COMMISSIONER PHILIP STANGER, and TREVOR SHADDIX

Dated: August 17, 2018                RIVERA & ASSOCIATES

          */s/ Jill B. Nathan*
            (authorized on 8/17/18)
By:_____
   JILL B. NATHAN
Attorneys for
ALEXANDER ASTERLIN, MARK CHERRY, A. STANLEY KUBOCHI, HUBERT CHEN, JEFF HARRY, STEPHANIE MAROUN, and JASON STRATTON