RIVERA & ASSOCIATES

1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665
Wendy Motooka, SBN 233589

Attorneys for Defendants,
MARK CHERRY, A. STANLEY KUBOCHI,
HUBERT CHEN, JEFF HARRY,
STEPHANIE MAROUN and JASON STRATTON

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. FUERY, | CASE NO. 2:18-cv-00982-KJM-CKD |
| Plaintiff, | **NOTICE OF NON-RECEIPT OF PLAINTIFF'S AMENDED COMPLAINT, BY DEFENDANTS CHERRY, KUBOCHI, CHEN, HARRY, MAROUN, AND STRATTON** |
| vs. | |
| MARK CHERRY, et al., | |
| Defendants. | |

On June 27, 2018 Defendants Deputy CHERRY, Sacramento Court Pro Per Coordinator A. STANLEY KUBOCHI, Assistant Public Defender CHEN, and Deputy District Attorneys HARRY, MAROUN and STRATTON ("Defendants") filed a motion to dismiss the entirety of the claims alleged against them in Plaintiff FUERY's Complaint at Doc. 1; the motion provided that the claims should be dismissed pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6). (Doc. 13). **Plaintiff Fuery, an attorney appearing as a *pro se* litigant, filed no timely opposition to the motion, and he did not appear at the hearing on August 24, 2018.** On the morning of the hearing on Defendants' motion, Mr. Fuery filed a "Declaration." (Doc. 20). On September 5, 2018, this Court granted Defendants' motion to dismiss, but gave Plaintiff leave to amend his Complaint "as to part

of his ADA and Rehabilitation Act claim, his allegations against Hubert Chen and his allegations against Jeff Harry." (Doc. 23, p. 2:4-6). Among the allowances in particular, Plaintiff Fuery is permitted to amend to "allege an ADA or Rehabilitation Act claim against a defendant in his or her official capacity or against the Sacramento County Superior Court for prospective injunctive relief." (Doc. 23, p. 11:26-28).

Plaintiff filed a request on September 4, 2018 for additional time to file an amended complaint or to otherwise respond to Defendants' motion which had already been heard. (Doc. 22). Fuery was granted 45 days to file an amended complaint to comply with the Court's order at Doc. 23; while the order did not provide a due date for the amended pleading, October 20, 2018 marked 45 days from the Court's filed original order on Defendants' motion. (See Doc. 24 minute order). Defendants respectfully provide this notice to the Court and to all parties to advise that Mr. Fuery has not filed an Amended Complaint, nor requested additional time to comply with the Court's order.

Dated: November 5, 2018

Respectfully submitted,
RIVERA & ASSOCIATES

/s/ Jill B. Nathan
JILL B. NATHAN
Attorney for Defendants
MARK CHERRY, A. STANLEY KUBOCHI,
HUBERT CHEN, JEFF HARRY,
STEPHANIE MAROUN and JASON STRATTON